IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEON TIMMONS, #145210, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:11-cv-0886-TMH |
| ) | WO |
| STATE, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #5) to the Recommendation of the Magistrate Judge filed on November 18, 2011 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #3) filed on November 3, 2011 is adopted;

3. This case is DISMISSED without prejudice for the plaintiff's failure to pay the full filing fee upon the initiation of this case.

DONE this the 8th day of December, 2011.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE